IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PRESTON LAMAR,<br><br>    Petitioner,<br><br>  v.<br><br>A. HEDGPETH, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-04284 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus. He has filed a motion for leave to proceed <u>in forma pauperis</u>.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. <u>Id.</u> § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." <u>See</u> 28 U.S.C. § 1406(a).

Here, Petitioner challenges a conviction and sentence incurred in the Los Angeles County Superior Court, which is in the venue of the Southern District of California. <u>See</u> 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Southern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 10/21/11

                                       SAUNDRA BROWN ARMSTRONG<br>
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HENRY PRESTON LAMAR,

        Plaintiff,

  v.

A HEDGPETH et al,

        Defendant.
_____/

Case Number: CV11-04284 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry Preston Lamar G50531
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060

Dated: October 25, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Lamar4284.Transfer.wpd

2